**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 2:18-CV- 3:18-cv-647-CHB**

**iHEALTH SOLUTIONS, LLC**  **PLAINTIFF**

**v.**

**EVANSTON INSURANCE CO.**  **DEFENDANTS**

**NOTICE OF REMOVAL**

The Defendant, Evanston Insurance Company ("Evanston"), by and through counsel, files this Notice of Removal to the United States District Court for the Western District of Kentucky at Louisville, stating as follows:

1.  On September 10, 2018, Plaintiff, iHealth Solutions, LLC ("iHealth"), filed a Complaint against Evanston in the Jefferson County, Kentucky Circuit Court. The Jefferson Circuit Court Clerk assigned the Complaint as Case Number 18-CI-005229.

2.  Evanston was served with the Jefferson Circuit Court Summons and Complaint on or about September 14, 2018. A copy of the Summons and Complaint are attached as Exhibit A.

3.  Evanston is a domestic surplus lines insurer incorporated under the laws of the state of Illinois, with its principal place of business at 10 Parkway North, Deerfield, Illinois 60015. Evanston is an eligible surplus lines insurer in Kentucky.

4.  iHealth is a Kentucky limited liability company whose principal place of business is located in Louisville, Jefferson County, Kentucky.

5. This is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court by Evanston pursuant to 28 U.S.C. § 1441(a) since it involves a civil action where the amount in controversy, exclusive of interests and costs, exceeds $75,000.00 and it involves citizens of different states, as follows:

    a. iHealth is a citizen of the Commonwealth of Kentucky.

    b. Evanston is a Illinois corporation with its principal place of business in Deerfield, Illinois.

6. This Notice of Removal is filed within thirty (30) days after Evanston's receipt of the Jefferson Circuit Court Summons and Complaint.

7. A Memorandum of Points and Authorities in support of Evanston's right to remove this action is incorporated by reference and attached as Exhibit B.

8. The earliest date by which Evanston is required to file an Answer or otherwise plead to the Complaint is October 4, 2018.

9. A true and accurate copy of this Notice of Removal will be filed with the Jefferson Circuit Court on September 28, 2018.

WHEREFORE, the Defendant, Evanston Insurance Company, gives notice of the removal of this action from the Jefferson County, Kentucky Circuit Court to the United States District Court for the Western District of Kentucky at Louisville.

                                        Respectfully submitted,

                                        */s/ Jeffrey C. Mando*
                                        Jeffrey C. Mando, Esq. (#43548)
                                        ADAMS, STEPNER,
                                        WOLTERMANN & DUSING, P.L.L.C.
                                        40 West Pike Street
                                        P.O. Box 861
                                        Covington, Kentucky 41012-0861
                                        859.394.6200
                                        859-392-7263 – Fax
                                        jmando@aswdlaw.com
                                        *Attorney for Defendant,*
                                        *Evanston Insurance Company*

## CERTIFICATE OF SERVICE

      This is to certify that on the **28th** day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail, postage prepaid, upon the following:

Donald L. Cox, Esq.
Matthew P. Cox, Esq.
Lynch, Cox, Gilman & Goodman, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
doncox@lynchcox.com
mcox@lynchcox.com

                                        */s/ Jeffrey C. Mando*
                                        Jeffrey C. Mando, Esq.