UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| iHEALTH SOLUTIONS, LLC ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> ) <br> EVANSTON INSURANCE COMPANY ) <br> ) <br> DEFENDANT. ) <br> ) | Civil Action No. 3:18-CV-00647-CHB <br><br> —ELECTRONICALLLY FILED— |

**AGREED ORDER DISMISSING WITHOUT PREJUDICE**

The Plaintiff, ihealth Solutions, LLC ("**Plaintiff**"), by counsel, and Evanston Insurance Company ("**Defendant**"), by counsel, agree and stipulate that Plaintiff's and Defendant's claims raised in this action may be dismissed without prejudice pursuant to FED. R. CIV. P. 41, with each party reserving all rights.

IT IS HEREBY AGREED by the parties, and ORDERED by this Court, that this action, including all claims and counterclaims, be DISMISSED WITHOUT PREJUDICE.

Seen and agreed to by:

/s/ Donald L. Cox
Donald L. Cox
**LYNCH, COX, GILMAN & GOODMAN, P.S.C.**
500 W. Jefferson St., Suite 2100
Louisville, KY  40202
(502) 589-4215
doncox@lynchcox.com

**Counsel for Defendant
Camelot Leasing, LLC d/b/a
Westport Care Center**

/s/Jeffrey C. Mando
Jeffrey C. Mando (#43548)
Adams Stepner, Woltermann & Dusing, P.L.L.C.
40 West Pike Street
Covington, KY  41012-0861
(859) 394-6200
jmando@aswdlaw.com

*Counsel for Defendant
Evanston Insurance Company*